UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

THEODIS BROWN,

    Petitioner,

  v.

S. RYAN, Warden,

    Respondent.

)
)
)
)
)
)
)
)
)

Case No. EDCV-05-762-PSG (JWJ)

ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

   Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the instant Second Amended Petition along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation.  Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected.

   IT IS ORDERED that a Judgment be issued granting the Motion to Dismiss and dismissing the instant Second Amended Petition as untimely.

/ / /

/ / /

/ / /

/ / /

1        IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of

2   this Order and the Judgment of this date on Petitioner and counsel for Respondent.

3

4   DATED: _7/27/09_

5                                          _____

6                                          PHILIP S. GUTIERREZ
                                           United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28