UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODIS BROWN,<br><br>    Petitioner,<br><br>    v.<br><br>S. RYAN, Warden,<br><br>    Respondent. | Case No. EDCV-05-762-PSG (JWJ)<br><br>JUDGMENT |

Pursuant to the Order of the Court adopting the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

IT IS ADJUDGED that Judgment be entered granting the Motion to Dismiss and dismissing the Second Amended Petition as untimely.

DATED: 7/27/09

PHILIP S. GUTIERREZ
United States District Judge