UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 05-762 PSG (FFM) | Date | April 1, 2014 |
|---|---|---|---|
| Title | THEODIS BROWN v. L. S. SCRIBNER, Warden | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Muñoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS) ORDER TO SHOW CAUSE

On August 23, 2013, this Court issued an order granting petitioner's request to hold this action in abeyance. The Court also ordered petitioner to file a status report every 90 days after petitioner's state petition had been filed. Petitioner's last status report was due March 10, 2014. However, petitioner has not filed a status report since December 9, 2013. Accordingly, petitioner is ordered to file the status report or show cause within 21 days of the date of this order why the stay should not be lifted and this matter not proceed on the previously exhausted claims only.

IT IS SO ORDERED.

|  | Initials of Preparer | JM |
|---|---|---|