FILED
CLERK, U.S. DISTRICT COURT
MAR 29 2017
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODIS BROWN,<br><br>    Petitioner,<br><br>    v.<br><br>S. RYAN, Warden,<br><br>    Respondent. | No. CV 05-762 PSG (FFM)<br><br>JUDGMENT |

Pursuant to the Order Granting Petitioner's Motion to Dismiss,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: \_\_\_3/29/17\_\_\_

                                              PHILIP S. GUTIERREZ
                                              United States District Judge